CM/ECF hrg3vid
(Rev. 11/24/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730
Telephone: 662−369−2596

---

In Re: Lisa Morehead
Debtor(s)

Case No.: 11−10858−NPO
Chapter: 13
Judge: Neil P. Olack

---

PLEASE TAKE NOTICE that a hearing will be held at

Greenville Federal Building, 305 Main Street, Greenville, MS 38701

on 7/21/11 at 10:00 AM

to consider and act upon the following:

*27* – Motion to Abandon ., Motion for Relief from Stay . Filed by Jeff D. Rawlings on behalf of Green Tree. Objections to Motion for Relief from Stay due by 07/18/2011. (Attachments: # (1) Exhibit Ex. A# (2) Exhibit Ex. B) (Rawlings, Jeff) Modified response ddl. on 6/30/2011 to allow for proper noticing. (Howell, Amanda).

**This hearing WILL BE CONDUCTED BY VIDEO CONFERENCE.**
For procedure regarding video conferencing, please see the Standing Order available at:
http://www.msnb.uscourts.gov/pdfs/SO/SO_AmendedVideoConfOlack.pdf.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said objection due date. If any objection or response is filed, a hearing will be held on the above mentioned date; otherwise, the Court may consider said motion immediately after the objection or response due date.

Dated: 6/30/11

David J. Puddister
Clerk, U.S. Bankruptcy Court

BY: AOH
Deputy Clerk